IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20853
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCUS LYNN JOHNS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-574-1
--------------------
January 16, 2003

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:*

The court-appointed counsel for Marcus Lynn Johns has moved for leave to withdraw and has filed a brief and supplemental brief pursuant to Anders v. California, 386 U.S. 738 (1967). Johns has received a copy of counsel's motion and briefs, but he has not filed a response. Our review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

further responsibilities, and the APPEAL IS DISMISSED.  <u>See</u> 5TH

CIR. R. 42.2.